**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| EDITH A. PRITT, | ) |
| | ) |
| Plaintiff, | ) |
| | )    06 C 234 |
| vs. | ) |
| | ) |
| ARS NATIONAL SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

### RULE 41(a)(1) DISMISSAL WITH PREJUDICE

Plaintiff hereby dismisses this case with prejudice.  Defendant has not answered.

/s/Alexander H. Burke
Attorney for Plaintiff

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Alexander H. Burke
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

        I, Alexander H. Burke, hereby certify that on September 29, 2006, the foregoing document was filed using the court's ECF system, and was served by U.S. Mail to the following parties:

        ARS National Services, Inc.
        c/o registered agent
        Corporation Service Company
        251 East Ohion Street
        Indianapolis, IN 46204

  s/ Alexander H. Burke
Alexander H. Burke
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
312.739.4200
312.419.0379 (Fax)
aburke@edcombs.com